**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01740-PAB

CROWN ENERGY, INC., a Colorado corporation,

    Plaintiff,

v.

OCS AMERICAN CAPITAL, LTD., a New Mexico limited liability company,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order [Docket No. 6] of Judge Philip A. Brimmer entered on July 25, 2013 it is

    **ORDERED** that this case is DISMISSED without prejudice for lack of subject matter jurisdiction.

    DATED at Denver, Colorado this  31st  day of July, 2013.

                                                FOR THE COURT:

                                                JEFFREY P. COLWELL, CLERK

                                                By: s/ Edward P. Butler
                                                Edward P. Butler, Deputy Clerk